UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                        :

KJC TRUST,                                 :

                       Plaintiff     :                     25-CV-5805 (VSB)

           -against-        :

                                      :                      **ORDER**

REDACTED RESPONDENTS,     :

                                      :

                    Defendants.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On July 15, 2025, Plaintiff KJC Trust, proceeding pro se, filed a submission labeled as a

"Verified Petition for Injunctive Relief, Temporary Restraining Order, Writ of Habeas Corpus,

and Other Equitable Relief" against "Redacted Respondents." (Doc. 1.) The submission states

that "Petitioner KJC Trust files this action in its private sovereign capacity to protect the trust

corpus, minor beneficiaries, trustees, private financial instruments, and trust property." (*Id.* ¶ 1.)

      An artificial entity, such as a trust, cannot proceed pro se in federal court. *See Rowland

v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202-03 (1993).

Furthermore, a natural person who is not a lawyer may not bring claims on behalf of an artificial

entity. *See United States ex rel. Mergent Servs. v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008).

      As KJC Trust cannot proceed pro se and cannot be represented by a nonlawyer, I hereby

STAY this action for thirty (30) days to permit KJC Trust leave to obtain counsel. If KJC Trust

fails to obtain counsel within thirty days, I will dismiss this action.

SO ORDERED.

Dated:     July 18, 2025
             New York, New York

                                       Vernon S. Broderick
                                        United States District Judge