UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                         :

KJC TRUST,                                      :

                              :

                         Plaintiff     :                    25-CV-5805 (VSB)

            -against-             :

                              :                      **ORDER**

REDACTED RESPONDENTS,       :

                              :

                      Defendants.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On July 15, 2025, Plaintiff KJC Trust, proceeding pro se, filed a submission labeled as a "Verified Petition for Injunctive Relief, Temporary Restraining Order, Writ of Habeas Corpus, and Other Equitable Relief" against "Redacted Respondents." (Doc. 1.) The submission states that "Petitioner KJC Trust files this action in its private sovereign capacity to protect the trust corpus, minor beneficiaries, trustees, private financial instruments, and trust property." (*Id.* ¶ 1.) An artificial entity, such as a trust, cannot proceed pro se in federal court, *see Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202-03 (1993), nor can a natural person who is not a lawyer may not bring claims on behalf of an artificial entity, *see United States ex rel. Mergent Servs. v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008). Thus, on July 18, 2025, I stayed this action for thirty days to permit KJC Trust leave to obtain counsel. (Doc. 9.) In my July 18, 2025 Order, I warned that if KJC Trust failed to obtain counsel within thirty days, I would dismiss this action. (*Id.*) *See also Lee v. Citibank*, No. 12-CV-566-A, 2012 WL 5305206, at *1 n.1 (W.D.N.Y. Oct. 25, 2012) (noting that if a trust "is truly the plaintiff in this action, the complaint would need to be dismissed").

      To date, KJC Trust has not obtained counsel, sought an extension of time in which to do so, or filed any sort of update on the docket. As KJC Trust cannot proceed pro se and cannot be represented by a nonlawyer, this case is hereby DISMISSED without prejudice.

SO ORDERED.

Dated:      August 25, 2025
             New York, New York

Vernon S. Broderick
United States District Judge